Tristan P. Espinosa (Cal. Bar No. 312481)
REESE LAW GROUP
3168 Lionshead Avenue
Carlsbad, CA 92010
Tel: (760) 842-5850
Email: tespinosa@reeselawgroup.com

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JENNIFER R. JACOBS (Cal. Bar No. 157609)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6167
    Facsimile: (213) 894-7819
E-mail: Jennifer.jacobs3@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE; UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 8:24-cv-00536-DOC-DFM<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br><br>Honorable David O. Carter<br>United States District Judge |

    It is hereby stipulated and agreed by and between State Farm Mutual Automobile Insurance company ("Plaintiff ") and Defendant United States of America ("Defendant"), by and through their counsel of record, that the above-captioned action shall be dismissed in its entirety with prejudice. Each party shall bear his, her or its own

1

attorney's fees, costs and expenses.

Dated: August 21, 2024

REESE LAW GROUP

 */s/ Tristan Peter Espinosa*
TRISTAN PETER ESPINOSA

Attorneys for Plaintiff

Dated: August 21, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Jennifer R. Jacobs*
JENNIFER R. JACOBS
Assistant United States Attorney

Attorneys for Defendant

  I, Jennifer R. Jacobs, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jennifer R. Jacobs*
JENNIFER R. JACOBS
Assistant United States Attorney

Attorneys for Defendant

2