JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Case No. 8:24-cv-00536-DOC-DFM |
|---|---|
| Plaintiff, | **ORDER TO DISMISS [17]** |
| v. | |
| JOHN DOE; UNITED STATES OF AMERICA, | Honorable David O. Carter<br>United States District Judge |
| Defendants. | |

Having reviewed the parties' Stipulation for Dismissal with Prejudice and good cause appearing therefor:

IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety with prejudice. IT IS HEREBY ORDERED that all dates and deadlines, including the Scheduling Conference scheduled for September 9, 2024, and the deadline for submission of the parties' Rule 26(f) Joint Report, are hereby vacated. IT IS FURTHER ORDERED THAT the parties shall bear their own respective attorney's fees, costs and expenses.

DATED: August 21, 2024

_____
HONORABLE DAVID O. CARTER
United States District Judge

1

1  Submitted by:

2  E. MARTIN ESTRADA
   United States Attorney
3  DAVID M. HARRIS
   Assistant United States Attorney
4  Chief, Civil Division
5  JOANNE S. OSINOFF
   Assistant United States Attorney
6  Chief, Complex and Defensive Litigation

7

8   /s/ Jennifer R. Jacobs
   JENNIFER R. JACOBS
9  Assistant United States Attorney

10 Attorneys for Defendant